IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

SBLI USA Life Insurance Company, Inc.
a New York corporation

)
)
)
)
)
Plaintiff(s),   )
)
v.      )   Case No. _____
)
SDM Holdings, LLC,
an Oklahoma limited liability company, and
SDM Holdings, LLC,
a Connecticut limited liability company
)
)
)
)
)
Defendant(s)   )

## ENTRY OF APPEARANCE

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

Plaintiff, SBLI USA Life Insurance Company, Inc.  .
(Plaintiff/Defendant)   (Name of Party)

I certify that I am admitted to practice in this court and am registered to file documents electronically with this court.

s/ Johnny R. Blassingame     08/09/2024
Signature                    Date

Johnny R. Blassingame
Print Name

Fellers Snider Blankenship Bailey & Tippens
Firm

Criminal Cases Only:

☐ Retained or USA

100 N. Broadway Ave. Suite 1700
Address

☐ CJA Appointment

Oklahoma City          OK           73102
City                   State        Zip Code

☐ Federal Public Defender

405-232-0621
Telephone

☐ Pro Bono

☐ CJA Training Panel

jblassingame@fellerssnider.com
Internet E-mail Address

REVISED 05/14/18

## Certificate of Service

☐ I hereby certify that on _____, I electronically transmitted the attached document to the Clerk of Court using the Electronic Case Filing System for filing. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the ECF System.

☑ I hereby certify that on August 9, 2024, I filed the attached document with the Clerk of the Court and served the attached document by certified mail on the following, who are not registered participants of the ECF System:

SDM Holdings, LLC c/o Robert B. Cox, Halloran & Sage LLP, Agent
One Goodwin Square
225 Asylum Street
Hertford, CT 06103-1503

SDM Holdings, LLC
c/o Nicole Jacobsen, Manager
P.O. Box 13086
Oklahoma City, OK 73113

Johnny R. Blassingame
s/ Attorney Name