# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF OKLAHOMA

SBLI USA Life Insurance Company, Inc.

    Plaintiff(s)

vs.                                                Case Number: 5:24-cv-820-JD

SDM Holdings, LLC, et al.

    Defendant(s)

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed.R.Civ.P. 7.1.,which states:

> A nongovernmental corporate party to an action or proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

SBLI USA Life Insurance Company, Inc.
_____
[name of party]

who is a (check one)  [✔] PLAINTIFF  [ ] DEFENDANT  in this action, makes the following disclosure:

1. **Is party a publicly held corporation or other publicly held entity?**

   (Check one)  [ ] YES  [✔] NO

2. **Does party have any parent corporations?**

   (Check one)  [✔] YES  [ ] NO

   If YES, identify all parent corporations, including grandparent and great-grandparent corporations:

   Plaintiff is a wholly owned subsidiary of Prosperity Holding Company, a Delaware corporation. Prosperity Holding Company is a wholly owned subsidiary of Prosperity Life Insurance Group, LLC, a Delaware limited liability company.

3. **Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity?**

   (Check one)  [ ] YES  [✔] NO

   If YES, identify all such owners:

4. **Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?**

   (Check one)  ☐ YES   ☑ NO

   If YES, identify entity and nature of interest:

5. **Is party a trade association?**

   (Check one)  ☐ YES   ☑ NO

   If YES, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

**DATED** this 9th day of August , 2024 .

s/Johnny R. Blassingame
Signature

Johnny R. Blassingame                    OBA No. 21110
Printed Name                             Bar Number

Fellers Snider Blankenship Bailey & Tippens
Firm Name

100 N. Broadway Ave. Suite 1700
Address

Oklahoma City                   OK      73102
City                            State   ZIP

405-232-0621
Phone                           Fax

jblassingame@fellerssnider.com
Email Address

## CERTIFICATE OF SERVICE

I hereby certify that on _____ (Date), I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

I hereby certify that on   August 9, 2024   (Date), I served the same document by

☑ U.S. Postal Service   ☐ In Person Delivery

☐ Courier Service   ☐ E-Mail

on the following, who are not registered participants of the ECF system:

SDM Holdings, LLC c/o Robert B. Cox, Halloran & Sage LLP, Agent
One Goodwin Square, 225 Asylum Street
Hertford, CT 06103-1503

Name(s) and Address(es): SDM Holdings, LLC
c/o Nichole Jacobsen, Manager
P.O. Box 13086, Oklahoma City, OK 73113

S/Johnny R. Blassingame
Signature