# U.S. District Court

## Oklahoma Western - Oklahoma City

**THIS IS A COPY**

Receipt Date: Sep 26, 2024 4:32PM

SBLI USA

Rcpt. No: 500008741          Trans. Date: Sep 26, 2024 4:32PM          Cashier ID: #DB

| CD  | Purpose          | Case/Party/Defendant                                         | Qty | Price    | Amt      |
|-----|------------------|--------------------------------------------------------------|-----|----------|----------|
| 701 | Treasury Registry| DOKW524CV000820 /001<br>SBLI USA LIFE INSURANCE COMPANY, INC.| 1   | 29138.43 | 29138.43 |

| CD | Tender |          |            | Amt          |
|----|--------|----------|------------|--------------|
| CH | Check  | #341076  | 09/23/2024 | $29,138.43   |

|                              |            |
|------------------------------|------------|
| Total Due Prior to Payment:  | $29,138.43 |
| Total Tendered:              | $29,138.43 |
| Total Cash Received:         | $0.00      |
| Cash Change Amount:          | $0.00      |

**Comments**: CIV-24-820-HE

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.