# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

## CIVIL SCHEDULING CONFERENCE

| | |
|---|---|
| SBLI USA LIFE INSURANCE CO., INC., ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | NO.   CIV-24-0820-HE |
| ) | |
| SDM HOLDINGS, LLC, ET AL., ) | |
| ) | |
| Defendants. ) | |

Appearances:

| |
|---|
| Johnny Blassingame, Esq. |
| Heidi Long, Esq. |

| **Judge Joe Heaton, Presiding** | **Date and Time**: 10**/02/2024 @ 10:30 a.m. to 10:45 a.m**.<br>**Total Time**: **15 minutes** |
|---|---|
| Lisa Minter, Deputy Clerk | |

**PROCEEDINGS**:     Civil Scheduling Conference

Hearing Type:   ☒ **SCHEDULING CONFERENCE**
Conference Concluded     ☒ Yes;   ☐ No;

☒ Other: **counsel for the parties present by telephone.   Scheduling order to be determined.**

Enter:

Conference adjourned.

*Minute Sheet - Civil Status Conference*